COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/91)

United States District Court
Southern District of Texas
FILED

FEB 28 2000

MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF TEXAS
__CORPUS CHRISTI__ DIVISION

DENNIS R. WALKER     #655576
Plaintiff's name and ID Number

TDCJ-ID DALHART UNIT
Place of Confinement

CASE NO. __C-00-099__
(Clerk will assign the number)

CERT # Z 409 502 339

v.

SUSAN LAMB, MAILROOM SUPERVISOR
Defendant's name and address
TDCJ-ID GARZA WEST UNIT
HC02 BOX 995
BEEVILLE, TX. 78102
Defendant's name and address

_____
Defendant's name and address
( DO NOT USE "ET AL.")

I.    PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?    __X__ YES ___ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: __Jul. 14, 1997__
   2. Parties to previous lawsuit:
      Plaintiff(s) __Dennis Ray Walker__
      Defendant(s) __Alexander M. Kalmanov, M.D.__
   3. Court (If federal, name the district; if state, name the county) __N.D. Tex., W.F. Div.__
   4. Docket Number: __7:97-CV-0179-X__
   5. Name of judge to whom case was assigned: __Judge Buchmeyer__
   6. Disposition: (Was the case dismissed, appealed, still pending?) __Still Pending__
   7. Approximate date of disposition: _____

ATC1983 (Rev.04/98)                          2

II. PLACE OF PRESENT CONFINEMENT: TDCJ-ID DALHART UNIT

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?   ___YES  X   NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.
Unable to grieve because of time limits imposed on filing grievances.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Dennis R. Walker #655576
HCR 4 BOX 4000
DALHART, TX. 79022-9340

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Susan Lamb, Mailroom Supervisor, TDCJ-ID Garza West Unit, HCO2 Box 995, Beeville, TX. 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Intercept U.S. Mail as described more fully hereinafter.

Defendant #2 _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On March 7, 1998, Plaintiff delivered to the Defendant a letter Certified Mail No. P095273792, Return Receipt Requested

ATC1983 (Rev.04/98)                     3

to the TDCJ Internal Affairs Division, P.O. Box 99, Huntsville, TX. 77340. When the Return Receipt came back to the Plaintiff a short time later, it was neither dated nor signed, and showed no wear like it would have had it gone through the United States Mail.

On April 9, 1998, Plaintiff sent a second letter, Certified Mail No. P095273524, Return Receipt Requested, to the TDCJ Internal Affairs Division, P.O. Box 99, Huntsville, TX. 77340. When the second Return Receipt came back to the Plaintiff a short time later, it too was neither dated nor signed, and showed no wear like it would have had it gone through the United States Mail.

Plaintiff made inquiry through the United States Postal Service for the first letter, and by Postal Service Form 3811-A showing postmarks in Beeville, TX., dated 7/27/98, and in Huntsville, TX., dated 8/19/98, each post office identified therein stated there was <u>no record</u> of the Certified Mail identified above going through either office.

Plaintiff then made inquiry of the U.S. Postal Service regarding the second letter identified above, and by Post Service From 3811-A with appropriate postmarks, once again each post office stated there was <u>no record</u> of the Certified Mail going through either office for that letter.

Plaintiff respectfully submits that the right to correspond is a liberty interest protected by due process rights secured the Plaintiff by the United States Constitution.

Plaintiff respectfully submits he is entitled to notice when an outgoing letter is rejected, a reasonable opportunity to protest or appeal when such a letter is rejected, and a referral or appeal of such rejection to someone other than the Defendant or other censor.

Plaintiff respectfully submits that, because he was corresponding with a law enforcement agency connected with the Texas Department of Criminal Justice, his mail was "privileged correspondence" and Plaintiff was entitled to greater confidentiality and freedom from censorship witrh respect to the two letters Defendant seized and/or intercepted.

Plaintiff respectfully submits the Defendant has deprived him of property, due process of law, equal protection of law, and other rights, privileges, and immunities as guaranteed by the United States Constitution. Plaintiff further invokes pendant jurisdiction for such state tort claims as may arise from this same nucleus of events as stated herein.

-Page 3a-

Plaintiff reserves the right to add additional defendants as may be discovered in subsequent proceedings herein.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Declaratory relief, injunctive relief, monetary damages, costs of court, and reasonable attorneys fees (if any).

VII. **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
Dennis Ray Walker

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
#374669 and #655576

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X  NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES  X  NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev.04/98)                        4

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case Number: _____
3. Approximate date warnings were imposed: _____

Executed on: Feb. 18, 2000
            DATE

*Dennis Ray Walker*
Dennis Ray Walker
(Signature of plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this   18th   day of February , 2000 .
              (Day)           (month)        (year)

*Dennis Ray Walker*
Dennis Ray Walker
655576
HCR 4 Box 4000  (Signature of plaintiff)
Dalhart, TX. 79022

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

ATC1983 (Rev.04/98)                5