# United States District Court

__Southern__ DISTRICT OF __Texas__

Corpus Christi Division

United States District Court
Southern District of Texas
FILED

MAY 02 2000

MICHAEL N. MILBY CLERK

Dennis R. Walker, Plaintiff

V.

Susan Lamb, Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA-C-00-99-1

RECEIVED
00 APR -7 AM 8:12
CORPUS
SOUTHERN TEXAS

TO: (Name and address of defendant)

Susan Lamb
c/o Andy Taylor
First Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF ~~'S ATTORNEY~~ (name and address)

Dennis R. Walker
#655576
Dalhart Unit
HCR 4
Box 4000
Dalhart, TX 79022

an answer to the complaint which is herewith served upon you, within _____45_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

__Michael N. Milby__
CLERK

__April 6, 2000__
DATE

_[signature]_
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ____
MAILED CERTIFIED MAIL ON: 4/10/00
CERTIFIED MAIL # 2149 739 049
RETURN RECEIPT DATED: 4/12/00

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/12/00__
Date

Signature of Server

521 STARR ST, C.C. TX. 78401
Address of Server

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

USM

United States District Court
Southern District of Texas
ENTERED

APR - 6 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DENNIS R. WALKER | § | |
| | § | |
| V. | § | C.A. NO. C-00-99 |
| | § | |
| SUSAN LAMB | § | |

### ORDER FOR SERVICE OF PROCESS

With respect to the above-styled cause of action, it is ordered:

1. The Clerk of the Court shall issue summons and the U.S. Marshal shall serve copies of the complaint (Instrument #1) and this order to Andy Taylor, First Assistant Attorney General. It is further ordered that the Office of the Attorney General of the State of Texas, pursuant to its policy, will either obtain authority to represent the following Defendants within forty-five (45) days after receipt of this Order or file within the same time period with this Court a statement of the address of the defendant executed by an authorized agent of the Texas Department of Criminal Justice, Institutional Division: **Defendant Susan Lamb.** Defendant is alleged to have worked for the Texas Department of Criminal Justice - Institutional Division, at the Garza-West Unit in Beeville, Texas. The affidavit may be filed ex parte and sealed subject to a motion to unseal for good cause by Plaintiff.

2. Defendant shall file her answer within forty-five (45) days of receipt of the complaint. In their answer, Defendant shall respond separately to each and every factual and legal allegation in Plaintiff's complaint. In her answer or in a separate pleading, defendant shall state whether she consents to the jurisdiction of a United States Magistrate Judge. Defendant shall file any dispositive motions, including a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, within one hundred twenty (120) days after the date that Defendant's

answer is due. Defendant shall submit, with a business records affidavit, copies of any documents relevant to Plaintiff's claims and Defendant's defenses, including copies of any written TDCJ-ID rules or written unit rules relevant to the alleged events forming the basis of this lawsuit. If the Defendant fails to file any motions for dismissal and/or summary judgment within the one hundred twenty (120) day time limit, a scheduling order will be entered setting trial and final pretrial conference dates. Defendant and Plaintiff will each be required to file pretrial orders at docket call.

The parties will respond to dispositive motions within thirty (30) days of the date shown on the certificate of service of the dispositive motion. Failure to timely respond to dispositive motions will, if appropriate, result in granting of judgment in favor of the moving party.

3. It is further ordered that each party shall serve the other party, or their counsel, with a copy of every pleading, motion, or other paper submitted to the Court for consideration. Service shall be by mail to the other party. Every pleading, motion, or other document filed with the Clerk of the Court shall be signed by at least one attorney of record in his individual name, whose address shall be stated, or if the party is proceeding pro se, by said party, with address likewise stated. In the case of the pro se party, only signature by the pro se party will be accepted. If a layman signs a pleading, motion, or other document on behalf of the pro se party, it will not be considered by the Court.

Furthermore, every pleading, motion, or other document shall include on the original a signed certificate stating that the date a true and correct copy of the pleading, motion, or document was mailed and to whom mailed. Failure to mail a copy thereof as certified by the certificate will subject that party to sanctions by the Court. Sanctions may include, but are not limited to,

automatic striking of the pleading, motion, monetary sanctions, striking of affirmative defenses, or dismissal for want of prosecution.

4.	There will be no direct communication with the United States District Judge or Magistrate Judge. Communications must be submitted to the Clerk of the Court with copies to the other party. See Rules 5(a) and 11 of the Federal Rules of Civil Procedure.

ORDERED this \_\_\_17\_\_\_ day of \_\_\_April_____, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE