United States District Court
Southern District of Texas
FILED
AUG 11 2000
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *DENNIS R. WALKER,* | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. CA-C-00-099 |
| | § | |
| *SUSAN LAMB, ET AL.,* | § | Jury |
| **Defendants.** | § | |

### DEFENDANT LAMB'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COMES NOW Susan Lamb, Defendant herein, by and through her attorney, the Attorney General of Texas, and files this her motion for leave to depose plaintiff. In support thereof, Lamb respectfully offers the following:

### I.

1. Fed. R. Civ. P. 30(a)(2) requires a party to obtain leave of court to depose an incarcerated individual. Walker, the plaintiff, is an inmate confined in the custody of the Texas Department of Criminal Justice, Institutional Division. Currently he resides at the Dalhart Unit, Dalhart, Texas.

2. Lamb mailed her initial disclosure to Walker on June 16, 2000. Walker has not provided initial disclosure to Lamb.

3. Walker's deposition will be the first deposition taken by Lamb in this lawsuit. Additionally, his testimony is necessary in order to evaluate the merits of this case and to determine if a dispositive motion is appropriate.

WHEREFORE, PREMISES CONSIDERED, Defendant Lamb moves this Court to grant her leave to depose Walker at his unit of confinement and to grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General For Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
JENNETTE E. DEPONTE
Assistant Attorney General
Attorney-in-Charge
State Bar No. 00795935
Southern District No. 23305

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080
Fax No. (512) 495-9139

**ATTORNEYS FOR DEFENDANT LAMB**

**CERTIFICATE OF CONFERENCE**

I certify that due to Plaintiff's incarceration with the Texas Department of Criminal Justice, a conference on this matter was not possible.  Counsel for Defendant Lamb will assume that this motion is opposed.

_____
JENNETTE E. DEPONTE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, JENNETTE E. DEPONTE, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendant Lamb's Motion For Leave to Depose Plaintiff** has been served by placing same in the United States Mail, Certified Mail, Return Receipt Requested, on this the 10th day of August, 2000, addressed to:

Dennis R. Walker TDCJ-ID 655576  
Dalhart Unit  
HCR 4 - Box 4000  
Dalhart, Texas 79022  
Appearing *Pro Se*

<u>*Via CM/RRR No.  P 329 149 348*</u>

_____  
JENNETTE E. DEPONTE  
Assistant Attorney General

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *DENNIS R. WALKER*, <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. CA-C-00-099 |
| *SUSAN LAMB, ET AL.*, <br> Defendants. | § § § | |

## ORDER

Came on for consideration, **Defendant Lamb's Motion For Leave to Depose Plaintiff**. The Court is of the opinion that the motion should be granted. It is therefore,

**ORDERED** that **Defendant Lamb's Motion For Leave to Depose Plaintiff** is **GRANTED**.

**SIGNED** on this the _____ day of _____, 2000.

_____
**PRESIDING JUDGE**