# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP - 7 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| *DENNIS R. WALKER,* | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. CA-C-00-099** |
| | § | |
| *SUSAN LAMB, ET AL.,* | § | |
| **Defendants.** | § | |

## ORDER

Came on for consideration, **Defendant Lamb's Motion For Leave to Depose Plaintiff**. The Court is of the opinion that the motion should be granted. *Plaintiff's failure to file a response is taken as a statement of no opposition. L.R. 7.4* It is therefore

**ORDERED** that **Defendant Lamb's Motion For Leave to Depose Plaintiff** is

**GRANTED**.

**SIGNED** on this the _6_ day of _Sept_, 2000.

_____
**PRESIDING JUDGE**