# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP 19 2000

MICHAEL N. MILBY, CLERK

## CONFERENCE CALL NOTICE

| | |
|---|---|
| DENNIS R. WALKER | § |
| | § |
| V. | § CASE NO. C.A. C-00-99 |
| | § |
| SUSAN LAMB, ET AL. | § |

TYPE OF CASE:    __X__ CIVIL    _____ CRIMINAL

YOU ARE HEREBY DIRECTED TO APPEAR
BY TELEPHONE CONFERENCE* BEFORE:

Honorable B. Janice Ellington
United States Magistrate Judge
1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476
**(361) 888-3291**

TIME: __2:00 p.m.__    DATE: __Friday, September 22, 2000__

PURPOSE OF PROCEEDING:

*Scheduling Conference*

Michael N. Milby, Clerk

*Myra B. Alaniz*
By: Deputy Clerk

DATE: 9/19/00

cc:
Jennette E. DePonte
Asst. Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Fax: (512) 495-9139

*Defendant to initiate call.