# CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 2/1378 – 2/1795

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

United States District Court
Southern District of Texas
FILED

SEP 22 2000

Michael N. Milby, Clerk

**DATE:** 9-22-00   **OPEN:** 2:15 pm   **CLOSE:** 2:30 pm

**CIVIL ACTION NO.:** C-00-99

Dennis R. Walker   **COUNSEL:** Pro-se

VS.

Susan Lamb   **COUNSEL:** Jennette DePonte

(X) Proceeding Scheduling Conference –

Case called. Pltff advised he had not received deft's motion for Summary Judgment. Court advised pltff that he had 45 days to respond to motion once he receives it. Court instructs clerk to send consent form to pltff.

Court adjourned

14.