IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
SEP 2 5 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| DENNIS RAY WALKER | § |
| | § |
| vs. | §   Civil Action No.CA-C-00-099 |
| | § |
| SUSAN LAMB, et al. | § |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFANDANT'S DEPOSITION AND THE FILING OF EVIDENCE.

TO THE HONORABLE JUDGE OF SAID COURT,

COMES" NOW DENNIS RAY WALKER, PLAINTIFF Pro Se herein, and files this, his Plaintiff's motion for Extension of time to Respond to Defandant's Deposition and the filing of Evidence, and in support thereof, would show unto this Honorable Court the Following:

1.

The Defendant has filed a Deposition and requested copies of my evidence that I will file in this cause.

2.

The Plaintiff has been caught by surprise by this action, inasmuch as this action cripples his ability to represent himself efficently in this cause. With the deadlines set by Ms. Jennette B. Duponte.

3.

The Plaintiff has told Ms. Duponte that he has been on the medical chain and does not have his property at this time and cannot make copies of the records that I will file in this Cause.

4.

The Plaintiff has been denied access to the Law library since he has returned from the Medical chain Monday, 18th 2000.

5.

The Plaintiff left the Dalhart Unit, the place of the deposition on the Morning of the 14th September, and did not return until the 18th of September. His property was invetoried at 23;45 (11;45) on the night of the 9-13-2000 and taken away from the plaintiff for FIVE (5) DAY'S while on the chain as evidence of the three pink property slips. Dated 9-13-00 at top right has plaintiff's name Walker,Dennis. 655576 (TDC#), MED. CHAIN! The Second pink property sheet wasfilled out on the Clements Unit at Amarillo on 9-15-00 notice it says NO PROPERTY! The Third Pink property slip dated 9-18-2000 states at the top left corner RETURN. this is the property that I had apon arrival back from the Medical chain from the Medical Unit Montford, in Lubbock Texas. I was separated from my Property for FIVE (5) DAY'S.

Ms. JENNETTE E. DUPONTE told me at the end of the Deposition on the 13th of September, that I had TEN DAY'S to file an EXTENSION FOR TIME.

6.

The plaintiff beleive's that he has 20 DAY'S TO FILE A RESPONSE BUT CANT GET INTO THE LAW LIBRARY TO FIND THE RULES , TO FILE A Proper Motion.

7.

The Plaintiff also show's the frequency that he has caught the Medical Chain in the last THREE MONTH'S. Showing four (4) brown property bag card's that are dated, 7-19-00. 8-30-00, 9-5-00, 9-13-00! These Medical Trips will probly go on for another THREE MONTH'S, possibly even two (2) TRIPS A MONTH. Like tags dated 9-5-00 and 9-13-00, I do not know, I am an Inmate and not PRIVILEGED to that type of information.

8.

Wherefore,. Plaintiff Pro Se DENNIS RAY WALKER moves this Honorable Court to Grant him this MOTION FOR EXTENSION

OF TIME to RESPOND to DEFENDANT'S DEPOSITION AND FILING OF EVIDENCE up to thirty (30) DAY'S AFTER all medical trips for his CHRONIC SINUSITIS examinations and operations, which should be about four (4) more Month's.

9.

PlAINTIFF is NOT trying a STALL TACTIC! It is just very hard as an Inmate to get into the Law Library and get copies of anything on THIS UNIT, with all the Harrassment and Retaliation he goes thru because of his using the legal syatem for GRIEVENCES and the COURT System.

10.

Please forgive me if I did not get your Honorable name correct. As evidence will show this is all I have that has your name on it. This ORDER mailed to me only has your signature on it. Your name is not typed. Again PLEASE FORGIVE ME IF I DIDNT GET YOUR NAME CORRECT. I definatly tried your Honor.

11.

Plaintiff Pro Se Dennis Walker prays this Honorable Court to GRANT THIS MOTION IN ALL RESPECTS.

SIGNED AND RESPECTFULLY SUBMITTED on this, the 20TH day of SEPTEMBER, 2000.

*Dennis Ray Walker*
Dennis Ray Walker
#655576
HCR-4 Box 4000
Dalhart, Tx. 79022-9340

pg3.

```
                                              United States District Court
                                               Southern District of Texas
                                                        FILED
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS      SEP 25 2000
                CORPUS CHRISTI DIVISION
                                               Michael N. Milby, Clerk of Court
```

DENNIS RAY WALKER §
§
vs. § Civil Action No.CA-C-00-099
§
SUSAN LAMB, et al. §

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFANDANT'S DEPOSITION AND THE FILING OF EVIDENCE.

TO THE HONORABLE JUDGE OF SAID COURT,

COMES" NOW DENNIS RAY WALKER, PLAINTIFF Pro Se herein, and files this, his Plaintiff's motion for extension of time to Respond to Defendant's deposition and the filing of Evidence, and in support thereof, would show unto this Honorable Court the Following;

1.

The Defendant has filed a Deposition and requested copies of my evidence that I will file in this cause.

2.

The Plaintiff has been caught by surprise by this action, inasmuch as this action cripples his ability to represent himself efficently in this cause. With the deadlines set by Ms. Jennette B. Duponte.

3.

The Plaintiff has told Ms. Duponte that he has been on the medical chain and does not have his property at this time and cannot make copies of the records that I will file in this Cause.

4.

The Plaintiff has been denied access to the Law library since he has returned from the Medical chain Monday,18th 2000.

pg1.

5.

The Plaintiff left the Dalhart Unit, the place of the Deposition on the Morning of the 14th September, and did not return until the 18th of September. His property was invetoried at 23;45 (11;45) on the night of the 9-13-2000 and taken away from the Plaintiff for FIVE (5) DAY'S while on the chain as evidence of the three pink property slips. Dated 9-13-00 at top right has plaintiff's name Walker, Dennis. 655576 (tdcj#) MED. CHAIN! The second pink property sheet was filled out on the Clements Unit at Amarillo on 9-15-00 notice it says NO PROPERTY! The Third Pink property slip dated 9-18-2000 states at the top left corner RETURN. This is the property that I had apon arrival back from the Medical chain from the Medical Unit Montford, in Lubbock Texas. I was seperated from my property for FIVE (5) DAY'S.

Ms. JENNETTE E. DUPONTE TOLD me at the END of the Deposition on the 13th of September, that I had TEN DAY'S TO FILE an EXTENSION FOR TIME.

6.

The Plaintiff beleive's that he has 20DAY'S TO FILE A RESPONSE BUT CANT GET INTO THE LAW LIBRARY TO FIND THE RULES, TO FILE A PROPER MOTION!

7.

The Plaintiff also show's the frenquency that he has caught the Medical Chain in tht last THREE MONTH'S .Showing four (4) brown property bag card's that are dated, 7-19-00, 8-30-00, 9-5-00; 9-13-00! These Medical Trips will probly go on for another THREEMONTH'S, possibly even two (2) TRIPS A MONTH. Like the tags dated 9-5-00 and 9-13-00 I do not know, I am an Inmate and not PRIVILEGED to that type of information.

8.

Wherefor,. Plaintiff Pro Se DENNIS RAY WALKER moves this Honorable Court to Grant him this MOTION FOR EXTENSION

pg2.

OF TIME to RESPOND to DEFENDANT'S DEPOSITION AND FILING OF EVIDENCE up to thirty (30) DAY'S AFTER all MEDICAL TRIPS for his CHRONIC SINUSITIS examinations and operations, which should be about four (4) more Month's.

9.

PLAINTIFF is NOT trying a STALL TACTIC! It is just very, very hard as an Inmate to get into the Law Library and get COPIES of ANYTHING on THIS UNIT, with all the Harrassment and Retaliation The Plaintiff goes thru on this unit because the Plaintiff exercises his right to the GRIEVENCE SYSTEM on this UNIT and also the COURT SYSTEM!

10.

Please forgive me if I did not get your Honorable name correct! As evidence will show this is all I have that has your name on it. This ORDER mailed to me only has your signature on it. Your name is not typed. Again PLEASE FORGIVE ME IF I DIDNT GET YOUR MANE CORRECT. I definarly tried your HONOR.

11.

Plaintiff Pro Se Dennis Ray Walker prays this Honorable Court to GRANT THIS MOTION IN ALL RESPECTS.

SIGNED AND RESPECTFULLY SUBMITTED on this, the 20th day of September, 2000.

*Dennis Ray Walker*
Dennis Ray Walker
# 655576
HCR-4 Box 4000
Dalhart, Tx. 79022-9340

pg3.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DENNIS RAY WALKER §
§
vs. § Civil Action No. CA-C-00-099
§
SUSAN LAMB, et al. §

ORDER

CAME TO BE HEARD, the Plaintiff's Motion for Extension of time to respond to Defendant's Deposition, and the Court after considering the Pleadings and the evidence, is of the opinion that said motion has merit and should be GRANTED. It is, therefor;

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Extension of time to Respond to Defandant's Deposition should be, and here is **GRANTED.** The Plantiff allowed up to and including thirty (30) day's after the final Sinus Operation or trip to the hospital for such Treatment, that is performed on the Plaintiff, in which to file a Response to Defandant's Deposition including the filing of evidence.

SIGNED AND ENTERED ON THIS, THE ___ DAY OF_____ 2000.

HON. MS.B.JANICE ELLEVYT
UNITED STATES DISTRICT COURT
521 STARR STREET ROOM 101
CORPUS CHRISTI, TX. 78401

ORDER - Solo Page

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DENNIS RAY WALKER §
§
§
vs. § Civil Action No. CA-C-00-099
§
SUSAN LAMB, et al. §

ORDER

CAME TO BE HEARD, the plaintiff's Motion for Extension of time to Respond to Defendant's Deposition, and the Court after considering the Pleadings and the Evidence, It is of the Opinion that said Motion has merit and should be **GRANTED** It is , therefor;

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Extension of Time to Respond to Defandant's Deposition should be, and here is **GRANTED.** The Plaintifff is allowed up to and including thirty (30) day's after the final Sinus operation or trip to the Hospital for such Treatment, that is performed on the Plaintiff, in which to file a Response to Defandant's Deposition including the filing of evidence.

SIGNED AND ENTERED ON THIS, THE____DAY OF_____ 2000.

HON. MS. B. JANICE ELLEVYT
UNITED STATES DISTRICT COURT
521 STARR STREET ROOM 101
CORPUS CHRISTI, TEXAS. 78401

ORDER - Solo Page

## CERTIFICATE OF SERVICE

I, Dennis Ray Walker, do hereby certify that I have served a true and correct copy of the above and foregoing upon counsel for the Respondant by placing same in the U.S. Mail. Postage Prepaid and Properly addressed to; Ms. Jennette E. Duponte, Asst. Attorneygeneral, P.O.Box 12548, Capitol Station, Austin, Texas. 78711, on this the <u>19th</u> day of <u>September,</u> 2000.

*Dennis Ray Walker*
DENNIS RAY WALKER

## CERTIFICATE OF SERVICE

I, Dennis Ray Walker, do hereby certify that I have served a true and correct copy of the above and foregoing upon counsel for the Respondant by placing same in the U.S. Mail. Postage Prepaid and Properly addressed to; Ms. Jennette E. Duponte, Asst. Attorneygeneral, P.O.Box 12548, Capitol Station, Austin, Texas. 78711, on this the <u>19th</u> day of <u>September</u>, 2000.

*Dennis Ray Walker*
DENNIS RAY WALKER

DATE / TIME

7-19-00

LOCATION, INMATE'S NAME - NO

D4 Walker D. 655576

Hunter

CONFISCATED BY

Personal Property

ITEM DESCRIPTION

REMARKS

(OVER)

DATE/TIME

7-19-00

D46 Walker D. 655576

LOCATION, INMATE'S NAME - NO

Hunter

CONFISCATED BY

Personal Property

ITEM DESCRIPTION

REMARKS

(OVER)

8-30-00          2330

DATE-TIME

_____655576_____
DH Walker Dennis
LOCATION, INMATE'S NAME - NO

_____Martin_____
CONFISCATED BY


_____Personal Property_____
ITEM DESCRIPTION



_____
REMARKS


(OVER)

**DATE-TIME**

9-13-00    2345

**LOCATION, INMATE'S NAME - NO**

655576

Walker, Dennis

**CONFISCATED BY**

M Cliff

**ITEM DESCRIPTION**

Red Clair

**REMARKS**

(OVER)

DATE-TIME

9-5-00 / 0015

Walker 655576

LOCATION, INMATE'S NAME - NO

Alvarado C/O III

CONFISCATED BY

Chain

ITEM DESCRIPTION

REMARKS

(OVER)

ClibPDF - www.fastio.com

# PERSONAL PROPERTY RECEIPT

Walker, Dennis
655576
med. Chain

| ARTICLE | DESCRIPTION & IDENTIFICATION | ARTICLE | DESCRIPTION & IDENTIFICATION |
|---|---|---|---|
| Radio | Centurion 5100 AM/FM | Typewriter | Smith Corona Mode NA1HH |
| Watch | | Electric Razor | Norelco 3405LC Plug |
| Fan | Envirotech power | Ring | |

| ARTICLE | AMOUNT IN | OUT | ARTICLE | AMOUNT IN | OUT | ARTICLE | AMOUNT IN | OUT |
|---|---|---|---|---|---|---|---|---|
| After Shave Lotion | | | Pen, Ball Point | | 4 | | | |
| Albums-Picture | | 1 | Pencil | | 4 | | | |
| Bath Soap | | 9 | Pictures | | 7A | | | |
| Bible | | 1 | Piddling Material | | | | | |
| Blades-Razor | | | Razor, Injector | | 3 | | | |
| Books-Legal | | | Religious Cross | | | | | |
| Books-Paperback | | 16 | Religious Medallion | | | | | |
| Books-Hardback | | 6 | Rosary Beads | | | | | |
| Books-Magazine | | | Shampoo | | 1 | | | |
| Books-T.D.C.J. Rules | | | Shaving Cream | | | | | |
| Bowl, Plastic | | 2 | Shaving Soap | | | | | |
| Bread | | | Shoes-Personal | | 2 | | | |
| Brush, Hair | | | Shoes-State | | | | | |
| Cakes | | | Spoons, Plastic | | 1 | | | |
| Calculator | | | Tooth Paste | | | | | |
| Candy, Bags | | | Tooth Powder | | | | | |
| Candy, Bars | | | Tooth Brush | | 2 | | | |
| Can Openers | | 1 | T-Shirts, Personal | | 1 | | | |
| Canned Goods | | | Underwear, Winter | | 5 | | | |
| Clock | | | MISCELLANEOUS | | | | | |
| Coffee-Instant | | 1 | Hot pot | | 1 | | | |
| Comb | | | | | | | | |
| Cookies | | | | | 1 | | | |
| Crackers, HI HO | | | Jock strap | | | | | |
| Cups, Plastic | | 2 | Socks | | 3 | | | |
| Deodorant | | 1 | | | | | | |
| Drivers License | | | Shower Shoes | | | | | |
| Earphones & cable | | 1 | | | | | | |
| Envelopes | | | Baby powder | | | | | |
| Extension Cord | | | Body oil | | | | | |
| Foot Powder | | | Corn off | | 1 | | | |
| Glasses, Eye Regular | | | Soap dish | | | | | |
| Glasses, Eye Sun | | | Cassette tapes | | 1 | | | |
| Gloves, Personal | | 3 | Petroleum Jelly | | | | | |
| Hair Dressing | | | Sweet them | | 2 | | | |
| Hand Lotion | | 1 | Corn flour | | 36 | | | |
| Handkerchief, White | | | Soap | | | | | |
| Handkerchief, Colored | | | Astolan | | 1 | | | |
| Legal Papers and Writs | | 7 | | | | | | |
| Letters, Personal | | 25 | | | | | | |
| Magic Shave | | | | | | | | |
| Nail Clippers | | | | | | | | |
| Night Light | | 1 | | | | | | |

I certify that the above listed property is correct

DENNIS WALKER 655576

9-13-00
(Date)

(Signature of Officer)

Dennis Walker 655576
(Signature & Number of Inmate)

I-138 (Rev. 03/99)

# PERSONAL PROPERTY RECEIPT

Walker 655576

| ARTICLE | DESCRIPTION & IDENTIFICATION | ARTICLE | DESCRIPTION & IDENTIFICATION |
|---|---|---|---|
| Radio | ~~ ~~ | Typewriter | ~~ ~~ |
| Watch | ~~ ~~ | Electric Razor | ~~ ~~ |
| Fan | ~~ ~~ | Ring | ~~ ~~ |

| ARTICLE | AMOUNT IN | AMOUNT OUT | ARTICLE | AMOUNT IN | AMOUNT OUT | ARTICLE | AMOUNT IN | AMOUNT OUT |
|---|---|---|---|---|---|---|---|---|
| After Shave Lotion | | | Pen, Ball Point | | | | | |
| Albums-Picture | | | Pencil | | | | | |
| Bath Soap | | | Pictures | | | | | |
| Bible | | | Piddling Material | | | | | |
| Blades-Razor | | | Razor, Injector | | | | | |
| Books-Legal | | | Religious Cross | | | | | |
| Books-Paperback | | | Religious Medallion | | | | | |
| Books-Hardback | | | Rosary Beads | | | | | |
| Books-Magazine | | | Shampoo | | | | | |
| Books-T.D.C.J. Rules | | | Shaving Cream | | | | | |
| Bowl, Plastic | | | Shaving Soap | | | | | |
| Bread | | | Shoes-Personal | | | | | |
| Brush, Hair | | | Shoes-State | | | | | |
| Cakes | | | Spoons, Plastic | | | | | |
| Calculator | | | Tooth Paste | | | | | |
| Candy, Bags | | | Tooth Powder | | | | | |
| Candy, Bars | | | Tooth Brush | | | | | |
| Can Openers | | | T-Shirts, Personal | | | | | |
| Canned Goods | | | Underwear, Winter | | | | | |
| Clock | | | MISCELLANEOUS | | | | | |
| Coffee-Instant | | | | | | | | |
| Comb | | | | | | | | |
| Cookies | | | | | | | | |
| Crackers, HI HO | | | | | | | | |
| Cups, Plastic | | | | | | | | |
| Deodorant | | | | | | | | |
| Drivers License | | | | | | | | |
| Earphones | | | | | | | | |
| Envelopes | | | | | | | | |
| Extension Cord | | | | | | | | |
| Foot Powder | | | | | | | | |
| Glasses, Eye Regular | | | | | | | | |
| Glasses, Eye Sun | | | | | | | | |
| Gloves, Personal | | | | | | | | |
| Hair Dressing | | | | | | | | |
| Hand Lotion | | | | | | | | |
| Handkerchief, White | | | | | | | | |
| Handkerchief, Colored | | | | | | | | |
| Legal Papers and Writs | | | | | | | | |
| Letters, Personal | | | | | | | | |
| Magic Shave | | | | | | | | |
| Nail Clippers | | | | | | | | |
| Night Light | | | | | | | | |

**I certify that the above listed property is correct**

09-15-00
09-15-00
(Date)

Sing CO III
Sing CO III
(Signature of Officer)

Walker Dennis Roy 655576
Dennis Walker
655576
(Signature & Number of Inmate)

I-136 (Rev. 03/99)

# PERSONAL PROPERTY RECEIPT

Return    Incoming Class

| ARTICLE | DESCRIPTION & IDENTIFICATION | ARTICLE | DESCRIPTION & IDENTIFICATION |
|---|---|---|---|
| Radio | | Typewriter | |
| Watch | | Electric Razor | |
| Fan | | Ring | |

| ARTICLE | AMOUNT IN | AMOUNT OUT | ARTICLE | AMOUNT IN | AMOUNT OUT | ARTICLE | AMOUNT IN | AMOUNT OUT |
|---|---|---|---|---|---|---|---|---|
| After Shave Lotion | | | Pen, Ball Point | | | | | |
| Albums-Picture | | | Pencil | | | | | |
| Bath Soap | | | Pictures | | | | | |
| Bible | | | Piddling Material | | | | | |
| Blades-Razor | | | Razor, Injector | | | | | |
| Books-Legal | | | Religious Cross | | | | | |
| Books-Paperback | | | Religious Medallion | | | | | |
| Books-Hardback | | | Rosary Beads | | | | | |
| Books-Magazine | | | Shampoo | | | | | |
| Books-T.D.C.J. Rules | | | Shaving Cream | | | | | |
| Bowl, Plastic | | | Shaving Soap | | | | | |
| Bread | | | Shoes-Personal | | | | | |
| Brush, Hair | | | Shoes-State | 1 | | | | |
| Cakes | | | Spoons, Plastic | | | | | |
| Calculator | | | Tooth Paste | | | | | |
| Candy, Bags | | | Tooth Powder | | | | | |
| Candy, Bars | | | Tooth Brush | | | | | |
| Can Openers | | | T-Shirts, Personal | | | | | |
| Canned Goods | | | Underwear, Winter | | | | | |
| Clock | | | MISCELLANEOUS | | | | | |
| Coffee-Instant | | | | | | | | |
| Comb | | | | | | | | |
| Cookies | | | | | | | | |
| Crackers, HI HO | | | | | | | | |
| Cups, Plastic | | | | | | | | |
| Deodorant | | | | | | | | |
| Drivers License | | | | | | | | |
| Earphones | | | | | | | | |
| Envelopes | | | | | | | | |
| Extension Cord | | | | | | | | |
| Foot Powder | | | | | | | | |
| Glasses, Eye Regular | +case | 1 | | | | | | |
| Glasses, Eye Sun | | | | | | | | |
| Gloves, Personal | | | | | | | | |
| Hair Dressing | | | | | | | | |
| Hand Lotion | | | | | | | | |
| Handkerchief, White | | | | | | | | |
| Handkerchief, Colored | | | | | | | | |
| Legal Papers and Writs | | | | | | | | |
| Letters, Personal | | | | | | | | |
| Magic Shave | | | | | | | | |
| Nail Clippers | | | | | | | | |
| Night Light | | | | | | | | |

**I certify that the above listed property is correct**

9/18/00
(Date)

_____
(Signature of Officer)
Bryett

Walker, D #655576
_____
(Signature & Number of Inmate)
#655576

I-136 (Rev. 03/99)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DENNIS R. WALKER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. CA-C-00-099 |
| | § | |
| SUSAN LAMB, ET AL., | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP - 7 2000

Michael N. Milby, Clerk of Court

## ORDER

Came on for consideration, **Defendant Lamb's Motion For Leave to Depose Plaintiff.** The Court is of the opinion that the motion should be granted. *Plantiff's failure to file a response is taken as a statement of no opposition. L.R. 7.4* It is therefore

ORDERED that Defendant Lamb's Motion For Leave to Depose Plaintiff is

GRANTED.

SIGNED on this the 6 day of Sept, 2000.

_____
PRESIDING JUDGE