United States District Court
Southern District of Texas
ENTERED

SEP 28 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DENNIS RAY WALKER | § § § | |
| V. | § | C.A. NO. C-00-099 |
| SUSAN LAMB, ET AL. | § § | |

### ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff's motion for an extension of time to respond to defendants' motion for summary judgment (D.E. 15) is denied as moot. During a conference call held September 22, 2000, plaintiff was granted an extension of time, 45 days, to respond to the motion.

ORDERED this 27 day of Sept, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE