```
                                          United States District Court
                                           Southern District of Texas
                                                    FILED
      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS        NOV 13 2000
              CORPUS CHRISTI DIVISION
                                            Michael N. Milby, Clerk
```

DENNIS R. WALKER §
§
vs. § Civil Action No. CA-C-00-099
§
SUSAN LAMB, et al. §

### PLAINTIFF'S NOTICE OF DISCLOSURE TO DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Dennis R. Walker hereby notifies this Honorable Court that he has made disclosure to the Defendant Susan Lamb in this cause pursuant to RULE 26, Federal Rules of Civil Procedure.

Respectfully submitted,

*Dennis R. Walker*
Dennis R. Walker
#655576
HCR-4 Box 4000
Dalhart, TX. 79022

PLAINTIFF'S NOTICE OF DISCLOSURE TO DEFENDANT - Page 1

17.

-2-

## CERTIFICATE OF SERVICE

I, Dennis R. Walker, do hereby certify that I have served a true and correct copy of PLAINTIFF'S DISCLOSURE TO DEFENDANT upon counsel for Susan Lamb by placing same in the U.S. Mail, postage prepaid and properly addressed to: Ms. Jennette E. DePonte, Asst. Attorney General, Law Enforcement Defense Division, P.O. Box 12548, Austin, TX. 78711-2548, on this, the 28th day of September, 2000.

_Dennis R. Walker_
Dennis R. Walker

## PLAINTIF'S DISCLOSURE TO DEFENDANT LAMB

Dennis R. Walker, Plaintiff, makes this disclosure pursuant to RULE 26, Federal Rules of Civil Procedure:

(1) INITIAL DISCLOSURES

(A) THe names, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

1.  Dennis R. Walker

    #655576

    HCR 4 Box 4000

    Dalhart, TX. 79022

    Walker has knowledge regarding the certified mail, return receipt requested articles of mail he mailed to the TDCJ-ID Internal Affairs Division in Huntsville from the Garza West Unit that never arrvied at their destination despite being placed in the U.S. Mail receptacle maintained by the Garza West Mailroom.

Walker will supplement as necessary.

(B) A copy of, or a descrption by category and location of, all documents, data compilations, and tabgible things in the possession, custody, or control of the disclosing party that are relevant to disputed facts alleged with particularity in the pleadings:

2.  Copies of the Certified Mail slips, Return receipts, and Postmaster tracer forms of the United States Post Office showing the items mailed at Garza West Unit never reached their destination.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

3. Plaintiff has no information regarding this category.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

4. Plaintiff has no information regarding this category.

(2) DISCLOSURE OF EXPERT TESTIMONY

(A) The identity of any person who may be used at trial to present evidence under Rule 702, 703 or 705 of the Federal Rules of Evidence.

5. See part (1)(A) above. Plaintiff will supplement as necessary.

(3) PRETRIAL DISCLOSURES

(A) The name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises:

6. See parts (1)(A) and (2) above.

(B) The designations of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony:

7. None at this time.

(C) An appropriate identification of each document or other exhibit, including summaries of toher evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises.

8. See part (1)(B) above.

## CERTIFICATION

I hereby certify to the best of my knowledge, information and belief that such disclosure as expressed above is complete and correct at this time.

SIGNED AND RESPECTFULLY SUBMITTED on this, the 28th day of September, 2000.

Dennis R. Walker
#655576
HCR 4 Box 4000
Dalhart, TX. 79022

## VERIFICATION

The State of Texas )
                   )
County of Dallam   )

I, Dennis R. Walker, #655576, being currently incarcerated at the Dalhart Unit of the TDCJ-ID, pursuant to §132.001, et seq., Texas Civil Practice and Remedies Code, do hereby swear under penalty of perjury that the copies hereby presented are true and correct copies of the original documents. Executed in Dallam County, Texas, on this, the 28th day of September, 2000.

Dennis R. Walker

MY
1ST WHITE SLIP
NOTICE DATE →

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

P 095 273 792

Sent to: I.A.D. HUNTSVILLE TX
Street & Number: BOX 99
Post Office, State, & ZIP Code: HUNTSVILLE, TX. 77340
Postage: $
Certified Fee: ✓
Special Delivery Fee:
Restricted Delivery Fee:
Return Receipt Showing to Whom & Date Delivered:
Return Receipt Showing to Whom, Date, & Addressee's Address:
TOTAL Postage & Fees: $
Postmark or Date: [BEEVILLE TX USPS 1998]

PS Form 3800, April 1995

DENNIS WHIKER 655576 C2-72

---

YELLOW POSTMASTER
TRACER. NOTICE MY DATE
AND POSTMASTER DATE, Jul. 27 99

**MAILING OFFICE:** Postmark if Return Receipt was paid for at time of mailing.
[BEEVILLE TX 78102 JUL 27 1998 USPS]

**CUSTOMER:** Complete unshaded area (items 1-6) and enter your name and address on the reverse.
☐ 1. Return receipt WAS NOT paid for at time of mailing.
☒ 2a. Return receipt WAS paid for at time of mailing.
☐ 2b. Return receipt showing addressee's address WAS paid for at time of mailing.

3. Article Addressed To:
I. AFFAIRS TDCJ-ID
P.C. BOX 99
HUNTSVILLE, TX 77340

4. Article Number: P 095-273-792
5. Mailing Date: 3-7-98
6. Type of Service: ☐ COD ☒ Certified ☐ Numbered Insured ☐ Return Receipt for Merchandise ☐ Express Mail ☐ Registered
7. Delivery Office Postmark: [AUG 19 1998]
8. Delivered to the following individual, company, or organization: No Record
9. Delivery Date:
10. Address (Complete only if item 2b is checked):
11. Postal Records Show: ☐ Delivery was made ☐ Delivery was not made
12. Clerk's Initials: DL

PS Form 3811-A, December 1994           Domestic Return Receipt (After Mailing)

---

MY GREEN CARD
FIRST ATTEMPT TO
NOTIFY IAD ABOUT
PROBLEMS ON THE
GARZA WEST.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
INTERNAL AFFAIRS DIVISION
TDCJ-ID
P.C. BOX 99
HUNTSVILLE, TX.
77340

4a. Article Number: PC95 273 792
4b. Service Type:
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD
7. Date of Delivery:
5. Received By: (Print Name)
8. Addressee's Address (Only if requested and fee is paid)
6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994           Domestic Return Receipt

(OVER FOR BACK
OF SLIPS)

Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services (See front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your mail carrier (no extra charge).

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article **RETURN RECEIPT REQUESTED** adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse **RESTRICTED DELIVERY** on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make an inquiry.

PS Form 3800, April 1995 (sa)

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Enter name and address of customer in this box ●

Dennis Walker 655576
Garza West Unit
HC02 Box 995
Beeville, TX 78102-9423

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Print your name, address, and ZIP Code in this box ●

DENNIS WALKER 655576
GARZA WEST UNIT
HC02 BOX 995
BEEVILLE, TX.
78102



DENNIS WALKER 655576  C  6-30

PS Form **3800**, April 1995

**Receipt for Certified Mail**
US Postal Service
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: INTERNAL AFFAIRS TDCJ ID
Street & Number: P.O. BOX 99
Post Office, State, & ZIP Code: HUNTSVILLE TX 77340
Postage: $
Certified Fee:
Special Delivery Fee:
Restricted Delivery Fee:
Return Receipt Showing to Whom & Date Delivered:
Return Receipt Showing to Whom, Date, & Addressee's Address:
TOTAL Postage & Fees: $
Postmark or Date:

P 095 273 524

My 2ND WHITE SLIP → NOTICE DATE

---

MAILING OFFICE: Postmark if Return Receipt was paid for at time of mailing.

CUSTOMER: Complete unshaded area (items 1-6) and enter your name and address on the reverse.
☐ 1. Return receipt WAS NOT paid for at time of mailing.
☒ 2a. Return receipt WAS paid for at time of mailing.
☐ 2b. Return receipt showing addressee's address WAS paid for at time of mailing.

3. Article Addressed To:
INTERNAL AFFAIRS TDCJ-ID
PO BOX 99
HUNTSVILLE TX 77340

4. Article Number: P095273-524

5. Mailing Date: 4-9-98

6. Type of Service:
☐ COD  ☒ Certified  ☐ Numbered Insured  ☐ Return Receipt for Merchandise  ☐ Express Mail  ☐ Registered

7. Delivery Office Postmark:

8. Delivered to the following individual, company, or organization: no record

9. Delivery Date:

10. Address (Complete only if item 2b is checked)

11. Postal Records Show:
☐ Delivery was made
☐ Delivery was not made

12. Clerk's Initials:

PS Form **3811-A**, December 1994     Domestic Return Receipt (After Mailing)

YELLOW POST-
ASTER TRACER →
NOTICE MY DATE +
POSTMASTER DATE JUL 27

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
INTERNAL AFFAIRS DIVISION
TDCJ-ID
P.O. BOX 99
HUNTSVILLE, TX. 77340

4a. Article Number: P 095 273 524

4b. Service Type:
☐ Registered      ☒ Certified
☐ Express Mail    ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery:

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form **3811**, December 1994      Domestic Return Receipt

MY GREEN CARD NOTICE
THAT I WROTE ON ENVELOPE
POSTMASTER PLEASE SIGN +
X : CARD AND DREW
ARROWS TO SIGNATURE
5+6, AS THIS WAS MY SECOND
ATTEMPT,
(OVER FOR BACK OF SLIPS.)

PS Form 3800, April 1995 (Reverse)

Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services (See front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier (no extra charge).
2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach, and retain the receipt, and mail the article.
3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the ends if space permits. Otherwise, affix to back of article. Endorse front of article "RETURN RECEIPT REQUESTED" adjacent to the number.
4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.
5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.
6. Save this receipt and present it if you make an inquiry.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Enter name and address of customer in this box •

Dennis WALkeR 655576
GARZA West Unit
HC 02 Box 995
Beeville, TX 78102-9423

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP Code in this box •

DENNIS WALKER
655576
HC 02 BOX 995
BEEVILLE, TX.
78102-9423

C5-26