```
                                           United States District Court
                                           Southern District of Texas
                                                    FILED

                                              DEC 22 2000

       IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS       MICHAEL N. MILBY CLERK
              CORPUS CHRISTI DIVISION
```

DENNIS R. WALKER                    §
                                    §
vs.                                 §        Civil Action No. CA-C-00-99
                                    §
SUSAN LAMB, et al.                  §

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

THE PLAINTIFF, Dennis R. Walker, has been transferred by TDCJ-ID, and his new address is shown below.

Respectfully submitted,

*Dennis R. Walker*
Dennis R. Walker
#655576 Estelle Unit
264 FM 3478
Huntsville, TX. 77320

### CERTIFICATE OF SERVICE

I, Dennis R. Walker, do hereby certify that I have served a true and correct copy of the above and foregoing upon counsel for the Defendant by placing same in the U.S. Mail, postage prepaid and properly addressed to: Ms. Jennette E. DePonte, Asst. Attorney General, P.O. Box 12548, Austin, TX. 78711-2548, on this, the 18th day of December, 2000.

*Dennis R. Walker*
Dennis R. Walker

SOLO PAGE - Change of Address

18.