United States District Court
Southern District of Texas
FILED

MAR 2 0 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DENNIS RAY WALKER | § | |
| | § | |
| vs. | § | Civil Action No. C-00-099 |
| | § | |
| SUSAN LAMB | § | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AND OBJECTIONS TO MAGISTRATE'S RECOMMENDATION TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Dennis Ray Walker, Plaintiff Pro Se hrein, and makes and files this Motion For Extension Of Time And Objections To Magistrate's Recommendation To Grant Defendant's Motion For Summary Judgment, and would show unto this Honorable Court the following:

I.

Plaintiff has been unable to file a response to Defendant's motion for summary judgment because, during the transfer from Dalhart, Tx. to Huntsville, Tx., and the various medical chains Plaintiff has been on in the time since Defendant filed the motion, the Plaintiff appears to have **lost** his copy of the motion. Plaintiff actually does oppose the motion, as set forth below in his objections to the Magistrate's recommendation.

Plaintiff has been delayed in responding and filing these objections due to a personal attack on himself by a Texas Syndicate gang member who was his cell partner for a short period of time and who attempted to extort money from the Plaintiff. Plaintiff resisted, he was attacked, and he is now in protective custody with an investigation proceeding towards charging the other individual with the crime of extortion. Plaintiff's legal and personal papers were scattered and in disarray, and it has taken him

-1-

20.

until now to receive notice from the authorities, gather his papers together in order to respond and get the response in the mail to this Honorable Court and Defendant's counsel.

To the extent that Plaintiff is tardy in filing this with the Court, Plaintiff respectfully moves for an extension of time in which to file these objections sufficient to cover his tardiness.

## II.

### OBJECTIONS

Plaintiff objects to the recommendation of the U.S. Magistrate to grant Defendant's motion for summary judgment on the basis that there is evidence making it more likely than not that Defendant Susan Lamb handled one of the letters in question and knew or reasonably should have known about the other; and that there exists evidence that the letters <u>did not reach</u> their intended destination.

### Has The Defendant Furnished The Court With All The Deposition Evidence?

Plaintiff wonders if the Defendant has furnished this Honorable Court with all the deposition evidence, specifically, the copies of the Post Office Tracer Forms (PS Form 3811-A) showing there is "NO RECORD" of the Certified Mail letters arriving in Huntsville. Attached hereto as EXHIBIT A and incorporated by reference for all purposes is a true and correct copy of these forms, also showing the Certified Mail slips and Return Receipts.

Plaintiff also wonders if the Defendant has furnished this Honorable Court with a copy of PLAINTIFF'S SUPPLEMENTAL RESPONSES TO ORAL DEPOSITION, wherein Plaintiff made the following supplemental responses:

<u>Page 49, Lines 8 and 9</u>:

> "And because she knew or reasonably should have known what AOC did with the first letter and because **she personally handled the second letter.**"
>
> (emphasis supplied)

<u>Page 50, Line 3:</u>

"In the first letter because she knew or reasonably should have known, and in the second letter because she personally handled it."

-----

<u>Page 50, Line 9:</u>

**"She personally handled the second letter, so she did in that instance what she merely knew about and/or directed happen with the first letter."**
                                                            (emphasis supplied)

-----

Additionally, the Plaintiff wishes to point out to this Honorable Court the evidence produced to Plaintiff in Defendant's Initial Disclosure shows Defendant Susan Lamb personally handled one of the I.A.D. letters that form the subject matter of this suit. Plaintiff calls upon this Honorable Court to order the Defendant to produce Bates Page Number 00004 from her Rule 25, Fed.R.Civ. P., Disclosure to the Plaintiff and explain why Defendant Susan Lamb's initial's are next to Plaintiff's I.A.D. letter if the Defendant never touched it as she avers to this Honorable Court. Plaintiff will produce his own copy of this page as soon as he can send it out for reproduction and will supplement these Objections to this Honorable Court, however, his current circumstances in Protective Custody have made it impossible to do this while formulating these Objections.

### III.

#### BRIEF IN SUPPORT

Summary judgment in favor of the party with the burden of persuasion is inappropriate when the evidence is susceptible of different interpretations or inferences by the trier of fact. <u>HUNT v. CROMARTIE</u>, 526 U.S. 541, 119 S.Ct. 1545, 143 L.Ed.2d 731 (1999); and <u>ASKANASE v. FATJO</u>, 130 F.3d 657 (1997). When ruling on a summary judgment motion, the District Court must resolve any factual issues of controversy in favor of the nonmovant

-3-

only in the sense that, where facts specifically averred by nonmovant contradict facts specifically averred by movant, the motion must be denied. LUJAN v. NATIONAL WILDLIFE FEDERATION, 497 U.S. 871, 110 S.Ct. 3177, 111 L.Ed.2d 695 (1990). Disputed issues are resolved against the moving party. GENERAL ELECTRIC CO. v. JOINER, 522 U.S. 136, 118 S.Ct. 512, 139 L.Ed.2d 508 (1997); and NEWPORT LTD. v. SEARS, ROEBUCK & CO., 6 F.3d 1058 (5th Cir. 1993).

Regarding the affidavit of Ms. Harris, federal courts have been reluctant to grant summary judgment based on self-serving affidavits where essential facts are known only to the defendants. MARTIN v. D.C. METRO POLICE DEPT., 812 F.2d 1425 (D.C.Cir. 1987), reh'g en banc denied, 817 F.2d 144 (D.C.Cir. 1987); HAASE v. WEBSTER, 807 F.2d 209 (D.C.Cir. 1986)("Summary judgment may be denied 'when essential facts are solely within the control of the moving party'"); and ST. AMANT v. BENOIT, 806 F.2d 1294 (5th Cir. 1987).

## IV.

### PRAYER

FOR THE ABOVE AND FOREGOING REASONS, Plaintiff Pro Se Dennis Ray Walker prays this Honorable Court to find that the circumstances and the evidence in the case militate that Defendant's Motion For Summary Judgment should be Denied.

Respectfully submitted,

*Dennis Walker*
Dennis Ray Walker, Pro Se
#655576 Estelle Unit
264 FM 3478
Huntsville, tx. 77320

## VERIFICATION

The State of Texas)
)
County of Walker)

    I, Dennis Ray Walker, #655576, being currently incarcerated at the Estelle Unit of the T.D.C.J.-I.D., pursuant to §132.001, et seq., Texas Civil Practice and Remdies Code, do hereby swear under penalty of perjury that:

1) The statements made in the above and foregoing are true and correct, including all reasons why I have not been able to timely respond to the Magistrate's Recommendation;

2) That the copies attached hereto are true and correct copies of the original documents; and

3) That Susan Lamb's initials appear as having personally processed the second letter I sent to TDCJ Internal Affairs Division.

    Executed in Walker County, Texas, on this, the <u>15th</u> day of March, 2001.

                                        */s/ Dennis Ray Walker*
                                        Dennis Ray Walker, Affiant

## CERTIFICATE OF SERVICE

    I, Dennis Ray Walker, do hereby certify that I have served a true and correct copy of the above and foregoing upon counsel for the Defendant by placing same in the U.S. Mail, postage prepaid and properly addressed to: Ms. Jennette E. DePonte, Asst. Attorney General, P.O. Box 12548, Austin, TX. 78711-2548, on this, the <u>15th</u> day of March, 2001.

                                        */s/ Dennis Ray Walker*
                                        Dennis Ray Walker

MY
1ST WHITE SLIP
NOTICE DATE →

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

P 095 273 792

Sent to: I.A.D. HUNTS VILLE, TX
Street & Number: Box 99
Post Office, State, & ZIP Code: HUNTSVILLE, TX 77340
Postage: $
Certified Fee: ✓
Special Delivery Fee:
Restricted Delivery Fee:
Return Receipt Showing to Whom & Date Delivered:
Return Receipt Showing to Whom, Date, & Addressee's Address:
TOTAL Postage & Fees: $
Postmark or Date: [BEEVILLE TX USPS postmark]

PS Form 3800, April 1995

DENNIS WHIKER #555576 C2-42

---

YELLOW POSTMASTER
TRACER. NOTICE MY DATE
AND POSTMASTER DATE, Jul 27 99

MAILING OFFICE. Postmark if Return Receipt
was paid for at time of mailing.

[JUL 27 1998 postmark]

CUSTOMER: Complete unshaded area (items 1-6) and enter your name and address on the reverse.
☐ 1. Return receipt WAS NOT paid for at time of mailing.
☒ 2a. Return receipt WAS paid for at time of mailing.
☐ 2b. Return receipt showing addressee's address WAS paid for at time of mailing.

3. Article Addressed To:
I. AFFAIRS TDCJ-ID
P.O. BOX 99
HUNTSVILLE, TX 77340

4. Article Number: P 095-273-792

5. Mailing Date: 3-7-98

6. Type of Service:
☐ COD ☒ Certified ☐ Numbered Insured ☐ Return Receipt for Merchandise ☐ Express Mail ☐ Registered

7. Delivery Office Postmark: AUG 19 1998

8. Delivered to the following individual, company, or organization: No record

9. Delivery Date:

10. Address (Complete only if item 2b is checked)

11. Postal Records Show:
☐ Delivery was made
☐ Delivery was not made

12. Clerk's Initials: SC

PS Form 3811-A, December 1994   Domestic Return Receipt (After Mailing)

---

MY GREEN CARD
FIRST ATTEMPT TO
NOTIFY IAD ABOUT
PROBLEMS ON THE
GARZA WEST.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
INTERNAL AFFAIRS DIVISION
TDCJ-ID
P.O. BOX 99
HUNTSVILLE, TX.
77340

4a. Article Number: P095 273 792

4b. Service Type:
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery:

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994   Domestic Return Receipt

(OVER FOR BACK
OF SLIPS)

DENNIS WALKER 655576   C 6-30

**US Postal Service Receipt for Certified Mail**
PS Form 3800, April 1995

No Insurance Coverage Provided.
Do not use for International Mail (See reverse).

Sent to: INTERNAL AFFAIRS TDCJ-ID
Street & Number: P.O. BOX 99
Post Office, State, & ZIP Code: HUNTSVILLE TX. 77340

P 095 273 524

MY 2ND, WHITE SLIP → NOTICE DATE

---

MAILING OFFICE. Postmark if Return Receipt was paid for at time of mailing.

CUSTOMER: Complete unshaded area (items 1-6) and enter your name and address on the reverse
- ☐ 1. Return receipt WAS NOT paid for at time of mailing.
- ☒ 2a. Return receipt WAS paid for at time of mailing.
- ☐ 2b. Return receipt showing addressee's address WAS paid for at time of mailing.

3. Article Addressed To:
INTERNAL AFFAIRS TDCJ-ID
P.O. BOX 99
HUNTSVILLE TX 77340

4. Article Number: P 095 273 524

5. Mailing Date: 4-9-98

6. Type of Service:
☐ COD   ☒ Certified   ☐ Numbered Insured   ☐ Return Receipt for Merchandise   ☐ Express Mail   ☐ Registered

7. Delivery Office Postmark
8. Delivered to the following individual, company, or organization:
9. Delivery Date

10. Address (Complete only if item 2b is checked)

11. Postal Records Show:
☐ Delivery was made
☐ Delivery was not made

12. Clerk's Initials

PS Form 3811-A, December 1994   Domestic Return Receipt (After Mailing)

YELLOW POST MASTER TRACER → NOTICE MY DATE + POSTMASTER DATE JUL 27

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
INTERNAL AFFAIRS DIVISION
TDCJ-ID
P.O. BOX 99
HUNTSVILLE, TX. 77348

4a. Article Number: P 095 273 524

4b. Service Type:
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994   Domestic Return Receipt

MY GREEN CARD NOTICE HAT I WROTE ON ENVELOPE POSTMASTER PLEASE SIGN + X = CARD AND DREW ARROWS TO SIGNATURE 5+6, AS THIS WAS MY SECOND ATTEMPT. (OVER FOR BACK OF SLIPS.)