United States District Court
Southern District of Texas
FILED

MAR 20 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DENNIS RAY WALKER §
§
vs. § Civil Action No. C-00-099
§
SUSAN LAMB §

**PLAINTIFF'S SUPPLEMENT TO OBJECTIONS TO MAGISTRATE'S RECOMMENDATION TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Dennis Ray Walker, Plaintiff Pro Se herein, and files this Supplement to his Objections to the U.S. Magistrate's Recommendation To Grant Defendant's Motion For Summary Judgment, and would show unto this Honorable Court:

I.

Attached hereto as Supplemental Exhibit A and incorporated herein for all purposes as if fully set forth, Plaintiff presents a true and correct copy of Bates Number 00004 Page from the Rule 26, Fed.R.Civ.P., Disclosure to Plaintiff by the Defendant showing that Defendant Susan Lamb's initials indicate she logged Plaintiff's letter to I.A.D. on April 8, 1998. Please note also that Defendant Lamb failed to register the Certified Mail Number of the letter. Plaintiff respectfully submits personal involvement is shown.

SIGNED AND RESPECTFULLY SUBMITTED on this, the <u>16th day</u> of March, 2001.

*Dennis Ray Walker*
Dennis Ray Walker, Pro Se
#655576 Estelle Unit
264 FM 3478
Huntsville, TX. 77320

PLAINTIFF'S SUPPLEMENT - Page 1

## VERIFICATION

The State of Texas)
)
County of Walker)

    I, Dennis Ray Walker, #655576, being currently incarcerated at the Estelle Unit of the T.D.C.J.-I.D., pursuant to §132.001, et seq., Texas Civil Practice and Remedies Code, do hereby swear under penalty of perjury that:

    1) The statements made in the above and foregoing are true and correct; and

    2) That the copies attached hereto are true and correct copies of the Rule 26, Fed.R.Civ.P., Disclosure to me by Defendant's counsel.

    Executed in Walker County, Texas, on this, the **16th** day of March, 2001.

                                              *Dennis Ray Walker*
                                              Dennis Ray Walker, Affiant

## CERTIFICATE OF SERVICE

    I, Dennis Ray Walker, do hereby certify that I have served a true and correct copy of the above and foregoing upon counsel for the Defendant by placing same in the U.S. Mail, postage prepaid and properly addressed to: Ms. Jennette E. DePonte, Asst. Attorney General, P.O. Box 12548, Austin, TX. 78711-2548, on this, the **16th** day of March, 2001.

                                            *Dennis Ray Walker*
                                            Dennis Ray Walker



SUPPLEMENTAL EXHIBIT A