UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DENNIS R. WALKER | § | |
| | § | |
| V. | § | C.A. NO. C-00-99 |
| | § | |
| SUSAN LAMB | § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE OBJECTIONS OUT OF TIME

Plaintiff filed a motion for an extension of time to file objections, which will be treated as a motion for leave to file objections out of time (D.E. 20). Plaintiff has shown cause for his late filing of the objections, and the District Court has not yet acted on the memorandum and recommendation. Plaintiff's motion is granted.

ORDERED this 29 day of March, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE