IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DENNIS RAY WALKER | § § | |
| VS. | § § | C.A. NO. C-00-099 |
| SUSAN LAMB | § | |

## ORDER GRANTING SUSAN LAMB'S MOTION FOR SUMMARY JUDGMENT AND DISMISSING DENNIS RAY WALKER'S COMPLAINT

On March 2, 2001, the Magistrate Judge filed her Memorandum and Recommendation regarding defendant's unopposed motion for summary judgment. After a *de novo* review, the Court finds no merit in plaintiff's objections. This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, the motion for summary judgment is GRANTED in favor of defendant as to all of plaintiff's claims.

ORDERED this _____ day of _____, 2001.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE