IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DENNIS RAY WALKER | § § | |
| VS. | § § | C.A. NO. C-00-099 |
| SUSAN LAMB | § | |

### FINAL JUDGMENT

A final judgment is entered that plaintiff take nothing.

ORDERED this _____ day of _____, 2001.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE