IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DENNIS RAY WALKER §
§
vs. § C.A. No. C-00-099
§
SUSAN LAMB §

United States District Court
Southern District of Texas
FILED

MAY 0 7 2001

Michael N. Milby, Clerk of Court

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Dennis Ray Walker, Plaintiff/Appellant Pro Se herein, and makes and files this, his Notice of Appeal to the United States Court of Appeals for the Fifth Circuit to this Court's Final Judgment entered April 19, 2001, granting the Defendant's motion for summary judgment and dismissing Plaintiff's complaint, ordering that Plaintiff take nothing.

SIGNED AND RESPECTFULLY SUBMITTED on this, the **1st** day of May, 2001.

*Dennis Ray Walker*
Dennis Ray Walker
#655576 Montford Unit
8602 Peach Street
Lubbock, tx. 79404

NOTICE OF APPEAL - Solo Page