```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
           CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
FILED

MAY 0 7 2001

Michael N. Milby, Clerk of Court

DENNIS RAY WALKER       §
                        §
vs.                     §    C.A. No. C-00-099
                        §
SUSAN LAMB              §

## DESIGNATION OF THE RECORD ON APPEAL

TO THE HONORABLE CLERK OF THE COURT:

COMES NOW Dennis Ray Walker, Plaintiff/Appellant Pro Se herein, and makes and files this, His Designation Of The Record On Appeal, designating all pleadings, answers, motions, responses, and any other instrument on file with the Court in this case as the Record On Appeal to the United States Court of Appeals for the Fifth Circuit.

SIGNED AND RESPECTFULLY SUBMITTED on this, the **1st** day of May, 2001.

*Dennis Ray Walker*
Dennis Ray Walker
#655576 Montford Unit
8602 Peach Street
Lubbock, TX. 79404

DESIGNATION OF THE RECORD ON APPEAL - Solo Page

26.