IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**MAY 0 7 2001**

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| DENNIS RAY WALKER | § | |
| | § | |
| vs. | § | C.A. No. C-00-099 |
| | § | |
| SUSAN LAMB | § | |

## CERTIFICATE OF SERVICE

I, Dennis Ray Walker, do hereby certify that I have served a true and correct copy of the above and foregoing NOTICE OF APPEAL and the DESIGNATION OF THE RECORD ON APPEAL upon the counsel for the Defendant by placing same in the U.S. Mail, postage prepaid and properly addressed to: Ms. Jennette E. DePonte, Asst. Attorney General, P.O. Box 12548, Austin, TX. 78711-2548, on this, the <u>1st</u> day of May, 2001.

Dennis Ray Walker
#655576 Montford Unit
8602 Peach Street
Lubbock, TX. 79404

CERTIFICATE OF SERVICE - Solo Page

27.