IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-40508

---

CA-C-00-99?

U.S. COURT OF APPEALS
**FILED**

AUG 9 2001

CHARLES R. FULBRUGE III
**CLERK**

United States District Court
Southern District of Texas
FILED

AUG 15 2001

MICHAEL N. MILBY CLERK

**DENNIS RAY WALKER**

    Plaintiff - Appellant

v.

**SUSAN LAMB; TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION GARZA WEST UNIT**

    Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 9, 2001 for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

                          CHARLES R. FULBRUGE III
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

    By: _____
         Nancy Dolly, Deputy Clerk

                          FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
       Deputy   AUG 9 2001
New Orleans, Louisiana

28.