# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 01-40508
Summary Calendar

D.C. Docket No. C-00-CV-99

U.S. COURT OF APPEALS
**FILED**
FEB 19 2002
CHARLES R. FULBRUGE III
CLERK

DENNIS RAY WALKER

    Plaintiff - Appellant

v.

SUSAN LAMB; TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION GARZA WEST UNIT

    Defendants - Appellees

29.

United States District Court
Southern District of Texas
FILED
MAR 18 2002
MICHAEL N. MILBY CLERK

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi.

Before JOLLY, WIENER, and STEWART, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: MAR 13 2002

A True Copy
Clerk, U.S. Court of Appeals, Fifth Circuit

MAR 13 2002