U.S. COURT OF APPEALS
**FILED**
FEB 19 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAR 18 2002
MICHAEL N. MILBY CLERK

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 01-40508
Summary Calendar

---

DENNIS RAY WALKER,

Plaintiff-Appellant,

versus

SUSAN LAMB; TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION GARZA WEST UNIT,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-00-CV-99

---

Before JOLLY, WIENER and STEWART, Circuit Judges:

PER CURIAM:*

  Dennis Ray Walker appeals from the district court's grant of summary judgment in favor of the defendants-appellees in his 42 U.S.C. § 1983 civil rights suit. Walker contends that a genuine issue of material fact exists with respect to his claim that Susan Lamb, Mailroom Supervisor at the Garza West Unit, seized or intercepted two letters that Walker sent by certified mail. In support of his argument on appeal, Walker relies on the fact that his letters never reached their final destination. In addition, he argues for the first time that prison employees named in the letters "became belligerent and threatening" shortly after the letters were mailed and "showed a detailed knowledge

---

  * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of the contents of each letter." Walker speculates that Lamb may have altered the addresses on the envelopes, thereby rendering their delivery impossible.

We have reviewed the record and the briefs submitted by the parties and hold that Walker fails to meet his burden to produce evidence or designate specific facts showing the existence of a genuine issue for trial. See Little v. Liquid Air Corp., 37 F.3d 1069, 1075 (5th Cir. 1994)(en banc); Hibernia Nat'l Bank v. Administracion Cent. S.A., 776 F.2d 1277, 1279 (5th Cir. 1985).

AFFIRMED.